# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: 212-465-1188
cklee@leelitigation.com

December 3, 2018

**VIA ECF**

The Honorable Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Sullivan, Jr. v. National Public Radio, Inc.*
                  Case No. 18-cv-9311

Dear Judge Nathan:

      We are counsel to Plaintiff in the above-referenced matter. We write, jointly with counsel to Defendant, to inform the Court that the parties have reached a settlement in principle.

      The parties respectfully request that the Court dismiss this action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final Notice of Dismissal by such time.

      In view of the resolution, the parties respectfully request the Court adjourn all pending dates and deadlines, *sine die*, including, but not limited to, the Initial Conference currently scheduled for February 22, 2019, at 3:00 p.m.

      We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*

C.K. Lee, Esq.


cc: all parties via ECF