UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
PHILLIP SULLIVAN, JR., on behalf of
himself and all others similarly situated,

        Plaintiffs,

v.

NATIONAL PUBLIC RADIO, INC.,

        Defendant.
-----------------------------------------------------x

Civil Action No. 1:18-cv-09311 (AJN)

## DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Phillip Sullivan, Jr. hereby dismisses this action in its entirety with prejudice as against all parties. The parties shall bear their own attorneys' fees and costs.

Dated: January 18, 2019.
New York, New York

/s/
C.K. Lee
LEE LITIGATION GROUP, PLLC
30 East 39th Street
Second Floor
New York, NY 10016
Telephone: 212-465-1188
Facsimile: 212-465-1188
E-mail: cklee@leelitigation.com

*Attorneys for Plaintiff Phillip Sullivan, Jr.*